UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **HITEL TECHNOLOGIES LLC,**<br><br>Plaintiff<br><br>v.<br><br>**360TRAINING.COM, INC.,**<br><br>Defendant | **Case No. 6:22-cv-00899**<br>**JURY TRIAL DEMANDED** |

## NOTICE OF RELATED CASES

Plaintiff Hitel Technologies LLC respectfully files this Notice of Related Cases to inform the Court that the present case involves the infringement of a patent already in suit in the following earlier numbered cases:

| | |
|---|---|
| 6:20-cv-00589-ADA | Hitel Technologies LLC v. Levi Strauss & Co. |
| 6:20-cv-00590-ADA | Hitel Technologies LLC v. Giorgio Armani Corporation |
| 6:20-cv-00591-ADA | Hitel Technologies LLC v. Nike, Inc. |
| 6:20-cv-00592-ADA | Hitel Technologies LLC v. Gucci America, Inc. |
| 6:20-cv-01203-ADA-DTG | Hitel Technologies LLC v. Elie Tahari, Ltd. et al |
| 6:20-cv-01204-ADA | Hitel Technologies LLC v. J. Crew, Inc. |
| 6:20-cv-01205-ADA | Hitel Technologies LLC v. GAP, Inc. |
| 6:20-cv-01206-ADA | Hitel Technologies LLC vs Big Lots Stores, Inc. |
| 6:20-cv-01207-ADA | Hitel Technologies LLC vs. Urban Outfitters, Inc. |
| 6:20-cv-01208-ADA | Hitel Technologies LLC v. Hot Topic, Inc. |
| 6:20-cv-01209-ADA | Hitel Technologies LLC v. The Mens Wearhouse, LLC |
| 6:22-cv-00110-ADA | Hitel Technologies LLC v. New Balance Athletics, Inc. |
| 6:22-cv-00111-ADA | Hitel Technologies LLC v. Guess?, Inc. |
| 6:22-cv-00112-ADA | Hitel Technologies LLC v. Skechers USA, Inc. |
| 6:22-cv-00113-ADA | Hitel Technologies LLC v. Tapestry, Inc. |
| 6:22-cv-00114-ADA | Hitel Technologies LLC v. New rue21, LLC |
| 6:22-cv-00202-ADA | Hitel Technologies LLC v. BB OpCo LLC |
| 6:22-cv-00203-ADA | Hitel Technologies LLC v. Bonobos, Inc. |
| 6:22-cv-00204-ADA | Hitel Technologies LLC v. Claire's Stores Inc. |
| 6:22-cv-00205-ADA | Hitel Technologies LLC v. James Avery Craftsman, Inc. |

| | |
|---|---|
| 6:22-cv-00206-ADA | Hitel Technologies LLC v. Recreational Equipment, Inc. |
| 6:22-cv-00207-ADA | Hitel Technologies LLC v. Zale Corporation |
| 6:22-cv-00718-ADA | Hitel Technologies LLC v. Everlane, Inc. |
| 6:22-cv-00820-ADA | Hitel Technologies LLC v. Conn Appliances, Inc. |
| 6:22-cv-00821-ADA | Hitel Technologies LLC v. Perry Ellis Menswear, LLC |
| 6:22-cv-00896 | Hitel Technologies LLC v. Rooster Teeth Productions, LLC |
| 6:22-cv-00897 | Hitel Technologies LLC v. Ewing Irrigation Products Inc. |
| 6:22-cv-00898 | Hitel Technologies LLC v. Lamps Plus, Inc. |

Dated: August 31, 2022               Respectfully Submitted

*/s/ Raymond W. Mort, III*
Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com

**THE MORT LAW FIRM, PLLC**
501 Congress Ave, Suite 150
Austin, Texas 78701
Tel/Fax: (512) 865-7950

**ATTORNEYS FOR PLAINTIFF**